# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                             §
                                   §
ROHDE, TOM R                       §    Case No. 05-01586 ABG
ROHDE, DEBRA                       §
                                   §
                                   §
           Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
          . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/JOSEPH E. COHEN_____
                                                                         Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 05-01586 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROHDE, TOM R | | Date Filed (f) or Converted (c): | 01/19/05 (f) |
| | ROHDE, DEBRA | | 341(a) Meeting Date: | 03/03/05 |
| For Period Ending: | 01/31/10 | | Claims Bar Date: | 06/06/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 161,000.00 | 40,000.00 | | 0.00 | 0.00 |
| 2. CASH | 40.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 1,500.00 | 44,000.00 | | 0.00 | 0.00 |
| 4. CD | 44,900.00 | 44,000.00 | | 44,803.43 | 0.00 |
| 5. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. BOOKS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 600.00 | 0.00 | | 0.00 | 0.00 |
| 8. JEWELRY | 300.00 | 0.00 | | 0.00 | 0.00 |
| 9. LIFE INSURANCE | 3,100.00 | 0.00 | | 0.00 | 0.00 |
| 10. 401(K) | 828.00 | 0.00 | | 0.00 | 0.00 |
| 11. PENSION | 25,747.00 | 0.00 | | 0.00 | 0.00 |
| 12. SEP | 2,475.00 | 0.00 | | 0.00 | 0.00 |
| 13. ACCOUNT RECEIVABLE | 40,184.81 | 15,000.00 | | 0.00 | 0.00 |
| 14. MOTORCYCLE | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 15. VEHICLE | 11,000.00 | 5,000.00 | | 0.00 | 0.00 |
| 16. TOOLS | 2,500.00 | 1,000.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,089.55 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $298,274.81 | $149,000.00 | | $45,892.98 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECOVERED AMOUNTS OWING TO DEBTOR FROM REFINANCING OF RESIDENCE. TRUSTEE HAS SENT AN ASSET REPORT TO

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.06

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 05-01586   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | ROHDE, TOM R | Date Filed (f) or Converted (c):   01/19/05 (f) |
| | ROHDE, DEBRA | 341(a) Meeting Date:   03/03/05 |
| | | Claims Bar Date:   06/06/05 |

CREDITORS.  TRUSTEE TO REVIEW CLAIMS.  TRUSTEE IS FILING MOTION TO EMPLOY ACCOUNTANT FOR ESTATE.  ACCOUUNTANT HAS BEEN EMPLOYED.  TRUSTEE IS PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/31/05     Current Projected Date of Final Report (TFR): 02/28/10

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

Ver: 15.06

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-01586 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROHDE, TOM R | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROHDE, DEBRA | | Account Number / CD #: | *******9104  BofA - Money Market Account |
| Taxpayer ID No: | *******5376 | | | |
| For Period Ending: | 01/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/05 | 4 | TOM & DEBRA ROHDE | Proceeds from refinancing CD | 1129-000 | 44,803.43 | | 44,803.43 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 8.26 | | 44,811.69 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.52 | | 44,821.21 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.21 | | 44,830.42 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.51 | | 44,839.93 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.85 | | 44,862.78 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.12 | | 44,884.90 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.87 | | 44,907.77 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.15 | | 44,929.92 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.89 | | 44,952.81 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.92 | | 44,975.73 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.04 | | 45,007.77 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 34.32 | 44,973.45 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.21 | | 45,011.66 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 36.99 | | 45,048.65 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.27 | | 45,086.92 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.06 | | 45,123.98 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.32 | | 45,162.30 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.36 | | 45,200.66 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.14 | | 45,237.80 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.43 | | 45,276.23 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.21 | | 45,313.44 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.48 | | 45,351.92 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.52 | | 45,390.44 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.82 | | 45,425.26 |
| 03/01/07 | 000302 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 36.57 | 45,388.69 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.58 | | 45,427.27 |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-01586 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROHDE, TOM R | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROHDE, DEBRA | | Account Number / CD #: | *******9104  BofA - Money Market Account |
| Taxpayer ID No: | *******5376 | | | |
| For Period Ending: | 01/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.35 | | 45,464.62 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.61 | | 45,503.23 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.39 | | 45,540.62 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.68 | | 45,579.30 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.71 | | 45,618.01 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 29.05 | | 45,647.06 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 29.08 | | 45,676.14 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 24.40 | | 45,700.54 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 21.85 | | 45,722.39 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 18.12 | | 45,740.51 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 10.87 | | 45,751.38 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 40.36 | 45,711.02 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 10.81 | | 45,721.83 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.37 | | 45,731.20 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.80 | | 45,737.00 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.63 | | 45,742.63 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.81 | | 45,748.44 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.81 | | 45,754.25 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.63 | | 45,759.88 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 4.44 | | 45,764.32 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.75 | | 45,768.07 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.30 | | 45,770.37 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 45,770.76 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 45,771.11 |
| 02/28/09 | 000304 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 37.57 | 45,733.54 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 45,733.93 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 45,734.93 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 45,736.09 |

LFORM2T4   UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Ver: 15.06

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-01586 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROHDE, TOM R | Bank Name: | BANK OF AMERICA, N.A. |
|  | ROHDE, DEBRA | Account Number / CD #: | *******9104  BofA - Money Market Account |
| Taxpayer ID No: | *******5376 | | |
| For Period Ending: | 01/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.13 | | 45,737.22 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,738.39 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,739.56 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.13 | | 45,740.69 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 45,741.85 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.14 | | 45,742.99 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,744.16 |

| Account *******9104 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 44,803.43 | 4 | Checks | 148.82 |
| | 57 | Interest Postings | 1,089.55 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  45,892.98 | | | |
| | | | | | Total | $  148.82 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  45,892.98 | | | |

LFORM2T4   UST Form 101-7-TFR (9/1/2009) (Page: 7)

Ver: 15.06

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-01586 | | Page 1 | | Date: January 31, 2010 |
| Debtor Name: | ROHDE, TOM R | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | COOKE & LEWIS, LTD. | Administrative | | $4,187.50 | $0.00 | $4,187.50 |
| 001<br>3110-00 | Cohen & Krol | Administrative | | $2,341.00 | $0.00 | $2,341.00 |
| 000001<br>070<br>7100-00 | THE VERNON COMPANY<br>PO BOX 600<br>NEWTON, IA 50208-2065 | Unsecured | | $472.13 | $0.00 | $472.13 |
| 000002<br>070<br>7100-00 | MAC TOOLS<br>505 N Cleveland<br>Suite 200<br>Westerville, OH 43082 | Unsecured | | $12,210.67 | $0.00 | $12,210.67 |
| 000003<br>070<br>7100-00 | Chase Manhattan Bank<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Unsecured | | $6,077.27 | $0.00 | $6,077.27 |
| 000004<br>070<br>7100-00 | Chase Manhattan Bank<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Unsecured | | $1,051.78 | $0.00 | $1,051.78 |
| 000005<br>070<br>7100-00 | Chase Manhattan Bank<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Unsecured | | $14,143.40 | $0.00 | $14,143.40 |
| 000006<br>070<br>7100-00 | ChaseManhttnBankUSA,NA as<br>successor in interest to<br>Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121 | Unsecured | | $17,963.96 | $0.00 | $17,963.96 |
| 000007<br>070<br>7100-00 | ChaseManhttnBankUSA,NA as<br>successor in interest to<br>Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121 | Unsecured | | $6,667.48 | $0.00 | $6,667.48 |
| 000008<br>070<br>7100-00 | ChaseManhttnBankUSA,NA as<br>successor in interest to<br>Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121 | Unsecured | | $18,062.86 | $0.00 | $18,062.86 |
| 000009<br>070<br>7100-00 | ChaseManhttnBankUSA,NA as<br>successor in interest to<br>Bank One Delaware, NA<br>c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121 | Unsecured | | $10,940.81 | $0.00 | $10,940.81 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-01586 | | Page 2 | | | Date: January 31, 2010 |
| Debtor Name: | ROHDE, TOM R | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | World Financial Network National Bank Structure c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA 98121 | Unsecured | | $341.11 | $0.00 | $341.11 |
| 000011 070 7100-00 | World Financial Network National Bank New York & Company c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA 98121 | Unsecured | | $178.48 | $0.00 | $178.48 |
| 000012 070 7100-00 | DISCOVER CARD CUSTOMER SERVICE DISCOVER FINANCIAL SERVICES PO BOX 8003 Hilliard, OH 43026 | Unsecured | | $5,756.82 | $0.00 | $5,756.82 |
| 000013 070 7100-00 | CITICARDS(USA) P O Box 182149 Columbus, OH 43218 | Unsecured | | $24,152.63 | $0.00 | $24,152.63 |
| 000014 070 7100-00 | CITICARDS(USA) P O Box 182149 Columbus, OH 43218 | Unsecured | | $5,623.26 | $0.00 | $5,623.26 |
| 000015 070 7100-00 | Dell Financial c/o Weltman Weinberg & Reis Co LPA 323 W Lakeside Ave 2nd Fl Cleveland, OH 44113 | Unsecured | | $1,226.66 | $0.00 | $1,226.66 |
| 000016 070 7100-00 | Dell Financial c/o Weltman Weinberg & Reis Co LPA 323 W Lakeside Ave 2nd Fl Cleveland, OH 44113 | Unsecured | | $171.00 | $0.00 | $171.00 |
| 000017 070 7100-00 | American Express Centurion Bank c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Unsecured | | $4,176.90 | $0.00 | $4,176.90 |
| 000018 070 7100-00 | MBNA AMERICA PO BOX 15168 MS 1423 WILMINGTON, DE 19850 | Unsecured | | $8,045.49 | $0.00 | $8,045.49 |
| 000019 070 7100-00 | Chase Auto Finance Corp 201 n central ave az1-1191 phoenix az, 85004 national bankruptcy dept. | Unsecured | | $2,491.30 | $0.00 | $2,491.30 |
| 000020 070 7100-00 | Chase Bank USA Circuit City Visa Co-Brand Classic P O Box 100018 Kennesaw, GA 30156-9204 | Unsecured | | $5,683.49 | $0.00 | $5,683.49 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-01586 | | Page 3 | | | Date: January 31, 2010 |
| Debtor Name: | ROHDE, TOM R | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href='/cgi-bin/Claimant.pl?775296,21,05-01586'>Claimant History</a> | Unsecured | | $767.05 | $0.00 | $767.05 |
| 000022 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href='/cgi-bin/Claimant.pl?775296,22,05-01586'>Claimant History</a> | Unsecured | | $2,288.76 | $0.00 | $2,288.76 |
| 000023 070 7100-00 | Household Bank (SB), N.A.<br>eCast Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft Lowell Rd, Ste 200<br>Tucson, AZ 85712 | Unsecured | | $3,036.94 | $0.00 | $3,036.94 |
| 000024 070 7100-00 | ADVANTA BANK CORP<br>Welsh & McKean Road<br>P O Box 844<br>Spring House, PA 19477-0844 | Unsecured | | $4,538.93 | $0.00 | $4,538.93 |
| 000025 070 7100-00 | NEU TOOL & SUPPLY CORP<br>2242 South 116th St<br>West Allis, WI 53227 | Unsecured | | $332.24 | $0.00 | $332.24 |
| 000026 070 7100-00 | SMC - c/o CARSON PIRIE SCOTT<br>P O Box 19249<br>Sugar Land, TX 77496 | Unsecured | | $1,369.75 | $0.00 | $1,369.75 |
| 000027 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href='/cgi-bin/Claimant.pl?775296,27,05-01586'>Claimant History</a> | Unsecured | | $654.09 | $0.00 | $654.09 |
| 000028 070 7100-00 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a href='/cgi-bin/Claimant.pl?775296,28,05-01586'>Claimant History</a> | Unsecured | | $316.02 | $0.00 | $316.02 |
| 000029 070 7100-00 | CITICARDS(USA)<br>P O Box 182149<br>Columbus, OH 43218 | Unsecured | | $6,108.84 | $0.00 | $6,108.84 |
| | Case Totals: | | | $171,378.62 | $0.00 | $171,378.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-01586 ABG
Case Name: ROHDE, TOM R
      ROHDE, DEBRA
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: COOKE & LEWIS, LTD. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | THE VERNON COMPANY | $ | $ |
| 000003 | Chase Manhattan Bank | $ | $ |
| 000004 | Chase Manhattan Bank | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | *Chase Manhattan Bank* | *$* | *$* |
| *000006* | *ChaseManhttnBankUSA,NA as successor in interest to* | *$* | *$* |
| *000007* | *ChaseManhttnBankUSA,NA as successor in interest to* | *$* | *$* |
| *000008* | *ChaseManhttnBankUSA,NA as successor in interest to* | *$* | *$* |
| *000009* | *ChaseManhttnBankUSA,NA as successor in interest to* | *$* | *$* |
| *000010* | *World Financial Network National Bank* | *$* | *$* |
| *000011* | *World Financial Network National Bank* | *$* | *$* |
| *000012* | *DISCOVER CARD CUSTOMER SERVICE* | *$* | *$* |
| *000013* | *CITICARDS(USA)* | *$* | *$* |
| *000014* | *CITICARDS(USA)* | *$* | *$* |
| *000015* | *Dell Financial* | *$* | *$* |
| *000016* | *Dell Financial* | *$* | *$* |
| *000017* | *American Express Centurion Bank* | *$* | *$* |
| *000018* | *MBNA AMERICA* | *$* | *$* |
| *000020* | *Chase Bank USA Circuit City Visa Co-Brand Classic* | *$* | *$* |
| *000021* | *Capital Recovery One* | *$* | *$* |
| *000022* | *Capital Recovery One* | *$* | *$* |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000023 | Household Bank (SB), N.A. | $ | $ |
| 000024 | ADVANTA BANK CORP | $ | $ |
| 000025 | NEU TOOL & SUPPLY CORP | $ | $ |
| 000026 | SMC - c/o CARSON PIRIE SCOTT | $ | $ |
| 000027 | Capital Recovery One | $ | $ |
| 000028 | Capital Recovery One | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .