UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
ROHDE, TOM R § Case No. 05-01586 ABG
ROHDE, DEBRA §
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/09/2010 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:　§
　§
ROHDE, TOM R　§　Case No. 05-01586 ABG
ROHDE, DEBRA　§
　§
　　　Debtor(s)　§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,892.98 |
| and approved disbursements of | $ | 148.82 |
| leaving a balance on hand of[1] | $ | 45,744.16 |

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　$

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee: JOSEPH E. COHEN | $ 5,339.30 | $ 35.60 |
| Attorney for trustee: Cohen & Krol | $ 2,341.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Cooke & Lewis, Ltd. | $ 3,812.50 | $ 375.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 144,039.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *THE VERNON COMPANY* | $ 472.13 | $ 110.93 |
| *000003* | *Chase Manhattan Bank* | $ 6,077.27 | $ 1,427.85 |
| *000004* | *Chase Manhattan Bank* | $ 1,051.78 | $ 247.11 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Chase Manhattan Bank | $ 14,143.40 | $ 3,322.98 |
| 000006 | ChaseManhttnBankUSA,NA as successor in interest to | $ 17,963.96 | $ 4,220.62 |
| 000007 | ChaseManhttnBankUSA,NA as successor in interest to | $ 6,667.48 | $ 1,566.52 |
| 000008 | ChaseManhttnBankUSA,NA as successor in interest to | $ 18,062.86 | $ 4,243.85 |
| 000009 | ChaseManhttnBankUSA,NA as successor in interest to | $ 10,940.81 | $ 2,570.53 |
| 000010 | World Financial Network National Bank | $ 341.11 | $ 80.15 |
| 000011 | World Financial Network National Bank | $ 178.48 | $ 41.93 |
| 000012 | DISCOVER CARD CUSTOMER SERVICE | $ 5,756.82 | $ 1,352.56 |
| 000013 | CITICARDS(USA) | $ 24,152.63 | $ 5,674.64 |
| 000014 | CITICARDS(USA) | $ 5,623.26 | $ 1,321.18 |
| 000015 | Dell Financial | $ 1,226.66 | $ 288.20 |
| 000016 | Dell Financial | $ 171.00 | $ 40.18 |
| 000017 | American Express Centurion Bank | $ 4,176.90 | $ 981.36 |
| 000018 | MBNA AMERICA | $ 8,045.49 | $ 1,890.28 |
| 000020 | Chase Bank USA Circuit City Visa Co-Brand Classic | $ 5,683.49 | $ 1,335.33 |
| 000021 | Capital Recovery One | $ 767.05 | $ 180.22 |
| 000022 | Capital Recovery One | $ 2,288.76 | $ 537.74 |
| 000023 | Household Bank (SB), N.A. | $ 3,036.94 | $ 713.53 |
| 000024 | ADVANTA BANK CORP | $ 4,538.93 | $ 1,066.42 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000025 | NEU TOOL & SUPPLY CORP | $ 332.24 | $ 78.06 |
| 000026 | SMC - c/o CARSON PIRIE SCOTT | $ 1,369.75 | $ 321.82 |
| 000027 | Capital Recovery One | $ 654.09 | $ 153.68 |
| 000028 | Capital Recovery One | $ 316.02 | $ 74.25 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
                          TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                 Page 1 of 2            Date Rcvd: Mar 04, 2010
Case: 05-01586                 Form ID: pdf006              Total Noticed: 57

The following entities were noticed by first class mail on Mar 06, 2010.
db/jdb        +Tom R Rohde,    Debra Rohde,    720 Warrior Dr,    Round Lake Heights, IL 60073-1143
aty           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty           +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty           +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
aty           +Paul R Idlas,    Law Offices Of Paul R. Idlas,    1099 N Corporate Circle,    Suite K,
                Grayslake, IL 60030-1688
tr            +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
8856409      ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court: ADVANTA BANK CORP,     Welsh & McKean Road,    P O Box 844,
                Spring House, PA 19477-0844)
8856410       AMERICAN EXPRESS,    CUSTOMER SERVICE,    PO BOX 7863,    FORT LAUDERDALE, FL 33329-7863
9151124       American Express Centurion Bank,     c/o Becket and Lee, LLP,    P.O. Box 3001,
                Malvern, PA 19355-0701
8856411       BANK OF AMERICA,    PO BOX 1390,    NORFOLK, VA 23501-1390
8856412       BANK ONE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
8856413       BANK ONE CARDMEMBER SERVICE,     PO BOX 100045,    KENNESAW, GA 30156-9245
8856414       BNC MORTGAGE INC,    PO BOX 19656,    IRVINE, CA 92623-9656
8856415       CAPITAL ONE SERVICE,    PO BOX 85015,    RICHMOND, VA 23285-5015
8856417      +CHASE,    PO BOX 15902,    WILMINGTON, DE 19850
8856419       CHASE BANKCARD SERVICES,     PO BOX 52188,    PHOENIX, AZ 85072-2188
8856420      +CITICARDS(USA),    P O Box 182149,    Columbus, OH 43218-2149
9294707       Chase Bank USA Circuit City Visa Co-Brand Classic,     P O Box 100018,    Kennesaw, GA 30156-9204
9089664       Chase Manhattan Bank,    P O Box 52176,    Phoenix, AZ 85072-2176
9091133      +ChaseManhttnBankUSA,NA as successor in interest to,     Bank One Delaware, NA,
                c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8856421       DELL,    PO BOX 81577,    AUSTIN, TX 78708-1577
8856422       DELL,    PO BOX 81585,    AUSTIN, TX 78708-1585
9140898      +Dell Financial,    c/o Weltman Weinberg & Reis Co LPA,    323 W Lakeside Ave 2nd Fl,
                Cleveland, OH 44113-1009
8856424       EDUCAID WACHOVIA,    PO BOX 13667,    SACRAMENTO, CA 95853-3667
8856425      +EXPRESS,    PO BOX 330066,    NORTHGLENN, CO 80233-8066
8856427       GATEWAY,    RETAIL SERVICES,    PO BOX 703,    WOOD DALE, IL 60191-0703
8856428       GM CARD,    PO BOX 80082,    SALINAS, CA 93912-0082
8856429       HOME DEPOT CREDIT SERVICES,     PO BOX 9100,    DES MOINES, IA 50368-9100
9364343      +Household Bank (SB), N.A.,    eCast Settlement Corporation,    c/o Bass & Associates, P.C.,
                3936 E Ft Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
8856432       LINENS-N-THINGS,    MCCBG,    PO BOX 103147,    ROSWELL, GA 30076
8856433      +MAC TOOLS,    505 N Cleveland,    Suite 200,    Westerville, OH 43082-7130
8856434       MARSHALL FIELD'S,    PO BOX 9098,    LORAIN, OH 44055-8098
8856435      +MBNA AMERICA,    PO BOX 15168 MS 1423,    WILMINGTON, DE 19850-5168
8856436       MENARDS,    RETAIL SERVICES,    PO BOX 15521,    WILMINGTON, DE 19850-5521
8856437      +MERRICK BANK,    PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
8856438      +NEU TOOL & SUPPLY CORP,     2242 South 116th St,    West Allis, WI 53227-1008
8856439       NEW YORK & COMPANY,    PO BOX 182122,    COLUMBUS, OH 43218-2122
8856442       SEARS,    PO BOX 6922,    THE LAKES, NV 88901-6922
8856416      +SMC - c/o CARSON PIRIE SCOTT,    P O Box 19249,    Sugar Land, TX 77496-9249
8856443       TARGET NATIONAL BANK,    c/o TARGET CREDIT SERVICES,    PO BOX 1581,    MINNEAPOLIS, MN 55440-1581
8856444      +THE VERNON COMPANY,    PO BOX 600,    NEWTON, IA 50208-0600
9098565      +World Financial Network National Bank,    New York & Company,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9098564      +World Financial Network National Bank,    Structure,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were noticed by electronic transmission on Mar 04, 2010.
8856418       Fax: 602-221-4614 Mar 04 2010 23:11:44      CHASE AUTOMOTIVE FINANCE,    PO BOX 15700,
                WILMINGTON, DE 19886-5700
12442800     +E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2010 00:15:01      Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9286972      +Fax: 602-221-4614 Mar 04 2010 23:11:44      Chase Auto Finance Corp,    201 n central ave az1-1191,
                phoenix az 85004-0073,    national bankruptcy dept.
8856423       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2010 02:12:46
                DISCOVER CARD CUSTOMER SERVICE,    DISCOVER FINANCIAL SERVICES,    PO BOX 8003,
                Hilliard, OH 43026
8856426       E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 00:15:00      GAP,   PO BOX 981064,
                EL PASO, TX 79998-1064
9311496      +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 00:15:00      GE Money Bank,
                DBA Linens N Things,    25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
9311513      +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 00:15:00      GE Money Bank,    DBA JCPenney,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
8856430       E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 00:15:00      JCPENNEY,    PO BOX 272170,
                TAMPA, FL 33688-2170
8856431       E-mail/PDF: cr-bankruptcy@kohls.com Mar 05 2010 02:13:04      KOHL'S,    PO BOX 3043,
                MILWAUKEE, WI 53201-3043
8856440       E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 00:15:00      OLD NAVY,    PO BOX 981064,
                EL PASO, TX 79998-1064
12442801      E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2010 00:15:01
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
9423480      +E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2010 00:15:01
                Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
```

```
District/off: 0752-1          User: lhuley               Page 2 of 2              Date Rcvd: Mar 04, 2010
Case: 05-01586                Form ID: pdf006            Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
9423481        +E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2010 00:15:01
                 Recovery Management Systems Corporation,   For GE Money Bank,    dba THE GAP,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
8856441         E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 00:15:00      SAM'S CLUB,   PO BOX 981064,
                 EL PASO, TX 79998-1064
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2010**              **Signature:**     _Joseph Speetjens_