# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
ROHDE, TOM R                            §    Case No. 05-01586
ROHDE, DEBRA                            §
                                        §
                                        §
_____Debtor(s)_____                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/JOSEPH E. COHEN _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BNC MORTGAGE INC PO BOX 19656 IRVINE, CA 92623-9656 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE AUTOMOTIVE FINANCE PO BOX 15700 WILMINGTON, DE 19886-5700 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | (See instructions, above.) | | | | | |
| | EDUCAID WACHOVIA PO BOX 13667 SACRAMENTO, CA 95853-3667 | | | | | |
| | EXPRESS PO BOX 330066 NORTHGLENN, CO 80233-0066 | | | | | |
| | GAP PO BOX 981064 EL PASO, TX 79998-1064 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GATEWAY RETAIL SERVICES PO BOX 703 WOOD DALE, IL 60191-0703 | | | | | |
| | HOME DEPOT CREDIT SERVICES PO BOX 9100 DES MOINES, IA 50368-9100 | | | | | |
| | KOHL'S PO BOX 3043 MILWAUKEE, WI 53201-3043 | | | | | |
| | LINENS-N-THINGS MCCBG PO BOX 103147 ROSWELL, GA 30076 | | | | | |
| | MARSHALL FIELD'S PO BOX 9098 LORAIN, OH 44055-8098 | | | | | |
| | MENARDS RETAIL SERVICES PO BOX 15521 WILMINGTON, DE 19850-5521 | | | | | |
| | MERRICK BANK PO BOX 9201 OLD BETHPAGE, NY 11804 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OLD NAVY PO BOX 981064 EL PASO, TX 79998-1064 | | | | | |
| | SAM'S CLUB PO BOX 981064 EL PASO, TX 79998-1064 | | | | | |
| | SEARS PO BOX 6922 THE LAKES, NV 88901-6922 | | | | | |
| | SEARS PO BOX 6922 THE LAKES, NV 88901-6922 | | | | | |
| | TARGET NATIONAL BANK c/o TARGET CREDIT SERVICES PO BOX 1581 MINNEAPOLIS, MN 55440-1581 | | | | | |
| 000024 | ADVANTA BANK CORP | | | | | |
| 000017 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000028 | CAPITAL RECOVERY ONE | | | | | |
| 000027 | CAPITAL RECOVERY ONE | | | | | |
| 000022 | CAPITAL RECOVERY ONE | | | | | |
| 000021 | CAPITAL RECOVERY ONE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | CHASE AUTO FINANCE CORP | | | | | |
| 000020 | CHASE BANK USA CIRCUIT CITY VISA CO | | | | | |
| 000005 | CHASE MANHATTAN BANK | | | | | |
| 000004 | CHASE MANHATTAN BANK | | | | | |
| 000003 | CHASE MANHATTAN BANK | | | | | |
| 000009 | CHASEMANHTTNBANKU SA,NA AS SUCCESSOR | | | | | |
| 000008 | CHASEMANHTTNBANKU SA,NA AS SUCCESSOR | | | | | |
| 000007 | CHASEMANHTTNBANKU SA,NA AS SUCCESSOR | | | | | |
| 000006 | CHASEMANHTTNBANKU SA,NA AS SUCCESSOR | | | | | |
| 000029 | CITICARDS(USA) | | | | | |
| 000014 | CITICARDS(USA) | | | | | |
| 000013 | CITICARDS(USA) | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000016 | DELL FINANCIAL | | | | | |
| 000015 | DELL FINANCIAL | | | | | |
| 000012 | DISCOVER CARD CUSTOMER SERVICE | | | | | |
| 000023 | HOUSEHOLD BANK (SB), N.A. | | | | | |
| 000002 | MAC TOOLS | | | | | |
| 000018 | MBNA AMERICA | | | | | |
| 000025 | NEU TOOL & SUPPLY CORP | | | | | |
| 000026 | SMC - C/O CARSON PIRIE SCOTT | | | | | |
| 000001 | THE VERNON COMPANY | | | | | |
| 000011 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| 000010 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:      1

| Case No: | 05-01586 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROHDE, TOM R | Date Filed (f) or Converted (c): | 01/19/05 (f) |
| | ROHDE, DEBRA | 341(a) Meeting Date: | 03/03/05 |
| For Period Ending: | 07/10/11 | Claims Bar Date: | 06/06/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 161,000.00 | 40,000.00 | | 0.00 | 0.00 |
| 2. CASH | 40.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 1,500.00 | 44,000.00 | | 0.00 | 0.00 |
| 4. CD | 44,900.00 | 44,000.00 | | 44,803.43 | 0.00 |
| 5. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. BOOKS | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 600.00 | 0.00 | | 0.00 | 0.00 |
| 8. JEWELRY | 300.00 | 0.00 | | 0.00 | 0.00 |
| 9. LIFE INSURANCE | 3,100.00 | 0.00 | | 0.00 | 0.00 |
| 10. 401(K) | 828.00 | 0.00 | | 0.00 | 0.00 |
| 11. PENSION | 25,747.00 | 0.00 | | 0.00 | 0.00 |
| 12. SEP | 2,475.00 | 0.00 | | 0.00 | 0.00 |
| 13. ACCOUNT RECEIVABLE | 40,184.81 | 15,000.00 | | 0.00 | 15,000.00 |
| 14. MOTORCYCLE | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 15. VEHICLE | 11,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 16. TOOLS | 2,500.00 | 1,000.00 | | 0.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,093.16 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $298,274.81 | $149,000.00 | | $45,896.59 | $21,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECOVERED AMOUNTS OWING TO DEBTOR FROM REFINANCING OF RESIDENCE.  TRUSTEE HAS SENT AN ASSET REPORT TO

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-01586    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | ROHDE, TOM R | Date Filed (f) or Converted (c):    01/19/05 (f) |
| | ROHDE, DEBRA | 341(a) Meeting Date:    03/03/05 |
| | | Claims Bar Date:    06/06/05 |

CREDITORS.  TRUSTEE TO REVIEW CLAIMS.  TRUSTEE IS FILING MOTION TO EMPLOY ACCOUNTANT FOR ESTATE.  ACCOUUNTANT HAS BEEN

EMPLOYED.  TRUSTEE IS PREPARING HIS FINAL REPORT.  FINAL REPORT FILED SET FOR HEARING.  DISTRIBUTION HAS BEEN MADE.

TRUSTEE TO DEPOSIT FUNDS WITH CLERK OF COURT.

Initial Projected Date of Final Report (TFR): 12/31/05        Current Projected Date of Final Report (TFR): 02/28/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 05-01586 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROHDE, TOM R | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROHDE, DEBRA | | Account Number / CD #: | *******9104  BofA - Money Market Account |
| Taxpayer ID No: | *******5376 | | | |
| For Period Ending: | 07/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/05 | 4 | TOM & DEBRA ROHDE | Proceeds from refinancing CD | 1129-000 | 44,803.43 | | 44,803.43 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 8.26 | | 44,811.69 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.52 | | 44,821.21 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.21 | | 44,830.42 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.51 | | 44,839.93 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.85 | | 44,862.78 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.12 | | 44,884.90 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.87 | | 44,907.77 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.15 | | 44,929.92 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.89 | | 44,952.81 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.92 | | 44,975.73 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 32.04 | | 45,007.77 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 34.32 | 44,973.45 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.21 | | 45,011.66 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 36.99 | | 45,048.65 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.27 | | 45,086.92 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.06 | | 45,123.98 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.32 | | 45,162.30 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.36 | | 45,200.66 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.14 | | 45,237.80 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.43 | | 45,276.23 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.21 | | 45,313.44 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.48 | | 45,351.92 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.52 | | 45,390.44 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 34.82 | | 45,425.26 |
| 03/01/07 | 000302 | International Sureties, Ltd. | Bond premium | 2300-000 | | 36.57 | 45,388.69 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.58 | | 45,427.27 |

Page: 2

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-01586 -ABG |
| Case Name: | ROHDE, TOM R |
| | ROHDE, DEBRA |
| Taxpayer ID No: | *******5376 |
| For Period Ending: | 07/10/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9104  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.35 | | 45,464.62 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.61 | | 45,503.23 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.39 | | 45,540.62 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.68 | | 45,579.30 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 38.71 | | 45,618.01 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 29.05 | | 45,647.06 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 29.08 | | 45,676.14 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 24.40 | | 45,700.54 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 21.85 | | 45,722.39 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 18.12 | | 45,740.51 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 10.87 | | 45,751.38 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 40.36 | 45,711.02 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 10.81 | | 45,721.83 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.37 | | 45,731.20 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.80 | | 45,737.00 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.63 | | 45,742.63 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.81 | | 45,748.44 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.81 | | 45,754.25 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 5.63 | | 45,759.88 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 4.44 | | 45,764.32 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.75 | | 45,768.07 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.30 | | 45,770.37 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 45,770.76 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 45,771.11 |
| 02/28/09 | 000304 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 37.57 | 45,733.54 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 45,733.93 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 45,734.93 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 45,736.09 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 05-01586  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ROHDE, TOM R | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROHDE, DEBRA | | Account Number / CD #: | *******9104  BofA - Money Market Account |
| Taxpayer ID No: | *******5376 | | | |
| For Period Ending: | 07/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.13 | | 45,737.22 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,738.39 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,739.56 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.13 | | 45,740.69 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 45,741.85 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.14 | | 45,742.99 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,744.16 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.16 | | 45,745.32 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.05 | | 45,746.37 |
| 03/26/10 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 54.39 | 45,691.98 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.17 | | 45,693.15 |
| 04/07/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 45,693.38 |
| 04/07/10 | | Transfer to Acct #*******1260 | Final Posting Transfer | 9999-000 | | 45,693.38 | 0.00 |

| Account   *******9104 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 44,803.43 | 5 | Checks | 203.21 |
| | 61 | Interest Postings | 1,093.16 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 45,693.38 |
| | | Subtotal | $ 45,896.59 | | | |
| | | | | | Total | $ 45,896.59 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 45,896.59 | | | |

<div align="center">

FORM 2    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

</div>

| | |
|---|---|
| Case No: | 05-01586  -ABG |
| Case Name: | ROHDE, TOM R |
| | ROHDE, DEBRA |
| Taxpayer ID No: | *******5376 |
| For Period Ending: | 07/10/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1260  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 04/07/10 | | Transfer from Acct #*******9104 | Transfer In From MMA Account | | 9999-000 | 45,693.38 | | 45,693.38 |
| 04/10/10 | 003001 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | | 2100-000 | | 5,339.30 | 40,354.08 |
| 04/10/10 | 003002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Expenses | | 2200-000 | | 35.60 | 40,318.48 |
| 04/10/10 | 003003 | Cohen & Krol | Attorney for Trustee fees | | 3110-000 | | 1,560.67 | 38,757.81 |
| 04/10/10 | 003004 | Cooke & Lewis, Ltd. | Accountant  for Trustee fees | | | | 4,187.50 | 34,570.31 |
| | | | Accountant for Trustee fees | | | | | |
| | | | Fees | 3,812.50 | 3410-000 | | | |
| | | | Expenses | 375.00 | 3420-000 | | | |
| 04/10/10 | 003005 | Joseph E. Cohen | Attorney for Trustee fees | | 3110-000 | | 780.33 | 33,789.98 |
| 04/10/10 | 003006 | THE VERNON COMPANY PO BOX 600 NEWTON, IA 50208-2065 | Claim 000001, Payment 23.45964% | | 7100-000 | | 110.76 | 33,679.22 |
| * 04/10/10 | 003007 | Chase Manhattan Bank P O Box 52176 Phoenix, AZ 85072-2176 | Claim 000003, Payment 23.45889% | | 7100-004 | | 1,425.66 | 32,253.56 |
| * 04/10/10 | 003008 | Chase Manhattan Bank P O Box 52176 Phoenix, AZ 85072-2176 | Claim 000004, Payment 23.45928% | | 7100-004 | | 246.74 | 32,006.82 |
| * 04/10/10 | 003009 | Chase Manhattan Bank P O Box 52176 Phoenix, AZ 85072-2176 | Claim 000005, Payment 23.45886% | | 7100-004 | | 3,317.88 | 28,688.94 |
| 04/10/10 | 003010 | ChaseManhttnBankUSA,NA as successor in interest to Bank One Delaware, NA | Claim 000006, Payment 23.45886% | | 7100-000 | | 4,214.14 | 24,474.80 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-01586  -ABG | | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | ROHDE, TOM R | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | ROHDE, DEBRA | | | Account Number / CD #: | *******1260  BofA - Checking Account | |
| Taxpayer ID No: | *******5376 | | | | | |
| For Period Ending: | 07/10/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/10 | 003011 | c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121<br>ChaseManhttnBankUSA,NA as successor in interest to<br>Bank One Delaware, NA | Claim 000007, Payment 23.45879% | 7100-000 | | 1,564.11 | 22,910.69 |
| 04/10/10 | 003012 | c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121<br>ChaseManhttnBankUSA,NA as successor in interest to<br>Bank One Delaware, NA | Claim 000008, Payment 23.45885% | 7100-000 | | 4,237.34 | 18,673.35 |
| 04/10/10 | 003013 | c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121<br>ChaseManhttnBankUSA,NA as successor in interest to<br>Bank One Delaware, NA | Claim 000009, Payment 23.45887% | 7100-000 | | 2,566.59 | 16,106.76 |
| 04/10/10 | 003014 | c/o Weinstein & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle, WA  98121<br>World Financial Network National Bank<br>Structure<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA 98121 | Claim 000010, Payment 23.45871% | 7100-000 | | 80.02 | 16,026.74 |
| 04/10/10 | 003015 | World Financial Network National Bank<br>New York & Company<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA 98121 | Claim 000011, Payment 23.45921% | 7100-000 | | 41.87 | 15,984.87 |

Page:   6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-01586  -ABG |
| Case Name: | ROHDE, TOM R |
| | ROHDE, DEBRA |
| Taxpayer ID No: | *******5376 |
| For Period Ending: | 07/10/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1260  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/10 | 003016 | DISCOVER CARD CUSTOMER SERVICE DISCOVER FINANCIAL SERVICES PO BOX 8003 Hilliard, OH 43026 | Claim 000012, Payment 23.45878% | 7100-000 | | 1,350.48 | 14,634.39 |
| 04/10/10 | 003017 | CITICARDS(USA) P O Box 182149 Columbus, OH 43218 | Claim 000013, Payment 23.45885% | 7100-000 | | 5,665.93 | 8,968.46 |
| 04/10/10 | 003018 | CITICARDS(USA) P O Box 182149 Columbus, OH 43218 | Claim 000014, Payment 23.45881% | 7100-000 | | 1,319.15 | 7,649.31 |
| 04/10/10 | 003019 | Dell Financial c/o Weltman Weinberg & Reis Co LPA 323 W Lakeside Ave 2nd Fl Cleveland, OH 44113 | Claim 000015, Payment 23.45882% | 7100-000 | | 287.76 | 7,361.55 |
| 04/10/10 | 003020 | Dell Financial c/o Weltman Weinberg & Reis Co LPA 323 W Lakeside Ave 2nd Fl Cleveland, OH 44113 | Claim 000016, Payment 23.45614% | 7100-000 | | 40.11 | 7,321.44 |
| 04/10/10 | 003021 | American Express Centurion Bank c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | Claim 000017, Payment 23.45902% | 7100-000 | | 979.86 | 6,341.58 |
| 04/10/10 | 003022 | MBNA AMERICA PO BOX 15168 MS 1423 WILMINGTON, DE 19850 | Claim 000018, Payment 23.45886% | 7100-000 | | 1,887.38 | 4,454.20 |
| * 04/10/10 | 003023 | Chase Bank USA Circuit City Visa Co-Brand Classic P O Box 100018 Kennesaw, GA 30156-9204 | Claim 000020, Payment 23.45883% | 7100-004 | | 1,333.28 | 3,120.92 |
| 04/10/10 | 003024 | Capital Recovery One 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131<a | Claim 000021, Payment 23.45871% | 7100-000 | | 179.94 | 2,940.98 |

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-01586  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROHDE, TOM R | Bank Name: | BANK OF AMERICA, N.A. |
| | ROHDE, DEBRA | Account Number / CD #: | *******1260  BofA - Checking Account |
| Taxpayer ID No: | *******5376 | | |
| For Period Ending: | 07/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | href='/cgi-bin/Claimant.pl?775296,21,05-01586'>Claimant History</a> | | | | | |
| 04/10/10 | 003025 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a<br>href='/cgi-bin/Claimant.pl?775296,22,05-01586'>Claimant History</a> | Claim 000022, Payment 23.45899% | 7100-000 | | 536.92 | 2,404.06 |
| 04/10/10 | 003026 | Household Bank (SB), N.A.<br>eCast Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft Lowell Rd, Ste 200<br>Tucson, AZ 85712 | Claim 000023, Payment 23.45881% | 7100-000 | | 712.43 | 1,691.63 |
| 04/10/10 | 003027 | ADVANTA BANK CORP<br>Welsh & McKean Road<br>P O Box 844<br>Spring House, PA 19477-0844 | Claim 000024, Payment 23.45883% | 7100-000 | | 1,064.78 | 626.85 |
| 04/10/10 | 003028 | NEU TOOL & SUPPLY CORP<br>2242 South 116th St<br>West Allis, WI 53227 | Claim 000025, Payment 23.45895% | 7100-000 | | 77.94 | 548.91 |
| 04/10/10 | 003029 | SMC - c/o CARSON PIRIE SCOTT<br>P O Box 19249<br>Sugar Land, TX 77496 | Claim 000026, Payment 23.45903% | 7100-000 | | 321.33 | 227.58 |
| 04/10/10 | 003030 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a<br>href='/cgi-bin/Claimant.pl?775296,27,05-01586'>Claimant History</a> | Claim 000027, Payment 23.45855% | 7100-000 | | 153.44 | 74.14 |
| 04/10/10 | 003031 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<a<br>href='/cgi-bin/Claimant.pl?775296,28,05-01586'>Cla | Claim 000028, Payment 23.46054% | 7100-000 | | 74.14 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit 9

| | |
|---|---|
| Case No: | 05-01586 -ABG |
| Case Name: | ROHDE, TOM R |
| | ROHDE, DEBRA |
| Taxpayer ID No: | *******5376 |
| For Period Ending: | 07/10/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1260 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | imant History</a> | | | | | |
| * 01/19/11 | 003007 | Chase Manhattan Bank<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,425.66 | 1,425.66 |
| * 01/19/11 | 003008 | Chase Manhattan Bank<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -246.74 | 1,672.40 |
| * 01/19/11 | 003009 | Chase Manhattan Bank<br>P O Box 52176<br>Phoenix, AZ 85072-2176 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,317.88 | 4,990.28 |
| * 01/19/11 | 003023 | Chase Bank USA Circuit City Visa Co-Brand Classic<br>P O Box 100018<br>Kennesaw, GA 30156-9204 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,333.28 | 6,323.56 |
| 03/09/11 | 003032 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS<br>DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 6,323.56 | 0.00 |

| Account *******1260 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| | 0 | Deposits | 0.00 | 36 Checks | 45,693.38 |
| | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | |
| | | | | Total | $ 45,693.38 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 45,693.38 | | |
| | | Total | $ 45,693.38 | | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-01586  -ABG |
| Case Name: | ROHDE, TOM R |
| | ROHDE, DEBRA |
| Taxpayer ID No: | *******5376 |
| For Period Ending: | 07/10/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1260  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 44,803.43 | 41 | Checks | 45,896.59 |
| 61 | Interest Postings | 1,093.16 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 45,693.38 |
| | Subtotal | $  45,896.59 | | | |
| | | | | Total | $  91,589.97 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 45,693.38 | | | |
| | Total | $  91,589.97 | | Net Total Balance | $  0.00 |

Ver: 16.02b